ANTHONY D. STEVENSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 4, 2004; decided October 21, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the

unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).